IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LTR PROPERTIES, LLC, | § | No. 459, 2016 |
| Appellant, | § § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| PIZZADILI PARTNERS, LLC, | § | C.A. No. K16A-02-004 |
| KENT COUNTY BOARD OF | § | |
| ADJUSTMENT, | § | |
| | § | |
| Appellees. | § | |

Submitted: February 15, 2016
Decided: February 23, 2016

Before **HOLLAND**, **VAUGHN**, and **SEITZ**, Justices.

## O R D E R

This 23rd day of February 2017, having considered this matter on the briefs filed by the parties, the Court has concluded that the final judgment of the Superior Court should be affirmed for the reasons stated in its August 26, 2016 opinion.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Superior Court is AFFIRMED.

BY THE COURT:

_____
Justice